

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00224-CR

Julio Alejandro **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR0936-W1
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Jason Pulliam, Justice

Delivered and Filed:  June 3, 2015

DISMISSED FOR WANT OF JURISDICTION

On May 18, 2015, this court issued an order directing Appellant Julio Alejandro Zuniga to show cause why this appeal should not be dismissed for want of jurisdiction. Appellant responded that his April 13, 2015 pro se notice of appeal was erroneously filed in District Court cause number 2014CR0936-W1 instead of cause number 2014CR0936. Because the Court of Criminal Appeals already granted the relief Appellant sought in District Court cause number 2014CR0936-W1,

Appellant conceded that the appeal filed in this court as cause number 04-14-00224-CR should be dismissed.  Accordingly, this appeal is DISMISSED.

PER CURIAM

DO NOT PUBLISH